IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50677
Summary Calendar
_____

BILLIE RAY BEESON,

                                        Plaintiff-Appellant,

versus

RONALD L. VALLADRES; MICHAEL F. MILLER;
WILLIAM H. BROOKS,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-95-CV-352
- - - - - - - - - - -
December 21, 1995

Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:*

     Texas prisoner Billie Ray Beeson alleges that members of the Texas Board of Pardons and Paroles (Board) violated ex post facto principles by extending the period between his parole reconsideration hearings from one year to two years.  The change in parole review procedures did not violate the Ex Post Facto Clause.  See Allison v. Kyle, 66 F.3d 71, 74 (5th Cir. 1995).

---

     *     Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

We decline to consider Beeson's arguments concerning the merits of the Board's decision to deny him parole and the handling of the case by the magistrate judge because Beeson did not raise those issues in the district court.  Varnado v. Lynaugh, 920 F.2d 320, 321 (5th Cir. 1991).

AFFIRMED.